IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUESDAY WOO, | |
| Plaintiff, | No. C 09-05653 JSW |
| v. | |
| BANKS AND BANKING, | **ORDER OF DISMISSAL** |
| Defendant. | |

On December 7, 2009, this Court issued an order denying the application to proceed *in forma pauperis* as well as dismissing the complaint with leave to amend. The Court found that it was impossible to discern from Plaintiff's complaint any of the essential details of the events that triggered the lawsuit, or the legal theories under which she seeks relief or upon which the Court has jurisdiction. Plaintiff has failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure.

The Court instructed that if Plaintiff wished to pursue this action, she had to file an amended complaint by December 28, 2009 and that failure to file a cognizable legal claim by that date would result in dismissal of this action. Having failed to file an amended complaint, the case is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: April 8, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TUESDAY WOO,

        Plaintiff,

  v.

BANKS AND BANKING et al,

        Defendant.

                                                       /

Case Number: CV09-05653 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tuesday Woo
P.O. Box 422205
San Francisco, CA 94142-2205

Dated: April 8, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk